UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: EP:19-CR-00234(1)-PRM |
| | § | |
| (1) JAMES HILARIO BALBIN | § | |

**ORDER**

    On this day, the Court considered Defendant's Motion to continue the docket call hearing in the above-captioned cause. The motion was made because of the need for investigation, plea negotiations, and/or preparation of the defense due to complex discovery issues. After due consideration, the Court is of the opinion that the motion should be granted.

    The Court finds that the interest of justice outweigh the interest of the Defendant and of the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense in this case, and that the time from MAY 10, 2019 through JULY 3, 2019, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161.

    Accordingly, it is hereby ORDERED that Defendant's Motion for Continuance is GRANTED. **The case is rescheduled for DOCKET CALL on JULY 3, 2019, at 8:00 a.m.**

    **NO FURTHER CONTINUANCES WILL BE GRANTED**.

    **SIGNED AND ENTERED** this May 10, 2019.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE